IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STEPHEN AGNONE & ENZO AGNONE, DOUGLAS & CYNTHIA PORCELLI, BRIDGE POINTE AT JEKYLL SOUND COMMUNITY ASSOCIATION, INC., ET AL.<br><br>Plaintiffs<br><br>v.<br><br>CAMDEN COUNTY, GEORGIA, WILLIS R. KEENE, JR., JIMMY STARLINE, CHUCK CLARK, TONY SHEPPARD, GARY BLOUNT, DAVID L. RAINER, KATHERINE NISI ZELL, CHARLENE SEARS, STEPHEN L. BERRY, STEPHEN L. HOWARD, O. BRENT GREEN, JOHN McDILL, DAVID KEATING, and SCOTT BRAZELL,<br><br>Defendants | CIVIL ACTION No: 2:14-cv-00024-LGW-JEG |

**ORDER**

The parties Joint Motion to Stay this case is GRANTED. This case shall be stayed until the Intervenors' claims have been resolved in the matter of <u>Camden County v. Lexon</u>, United States District Court, Southern District of Georgia, Brunswick Division, 2:14-cv-00020-LGW-JEG. Accordingly, the parties shall file another Rule 26(f) Report within 10 days of the resolution of the Intervenors' claims in that case and all discovery and motions deadlines shall be reset in this case as if the Answer of the defendants in this case had been filed 14 days prior to the date of the 26(f) conference.

SO ORDERED this 6th day of January, 2015.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE