IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| STEPHEN AGNONE; ENZO AGNONE; DOUGLAS PORCELLI; CYNTHIA PORCELLI; BRIDGE POINTE AT JEKYLL SOUND COMMUNITY ASSOCIATION, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAMDEN COUNTY, GEORGIA; WILLIS R. KEENE, JR.; JIMMY STARLINE; CHUCK CLARK; TONY SHEPPARD; GARY BLOUNT; DAVID L. RAINER; KATHERINE NISI ZELL; CHARLENE SEARS; STEPHEN L. BERRY; STEPHEN L. HOWARD; O. BRENT GREEN; JOHN MCDILL; DAVID KEATING; and SCOTT BRAZELL,<br><br>　　　　Defendants. | CIVIL ACTION NO.: 2:14-CV-24 |

**<u>ORDER</u>**

The Court granted the parties' joint Motion to Stay this action on October 5, 2015. (Doc. 37.) The stay was intended to enable some of the Plaintiffs in this case to exhaust their appellate rights in a related case before this Court. Id. In that related case, the Court dismissed the Complaint of the Intervenors (some of whom are Plaintiffs in this case). See, Order, Camden County v. Lexon, 2:14-cv-00020 (S.D. Ga. Sep. 1, 2015) ECF No. 145. However, it appears that the Intervenors in the related case are not currently pursuing any appellate remedies.

Accordingly, the parties are hereby **ORDERED** to file a joint status report within **fourteen days** of the date of this Order. In that report, the parties should address the status of this case and their related litigation and should state their respective positions as to whether this case should remain stayed.

**SO ORDERED**, this 25th day of March, 2016.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA