IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | | |
|---|---|---|
| STEPHEN AGNONE & ENZO AGNONE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 214-024 |
| CAMDEN COUNTY, GEORGIA, et al., | ) ) | |
| Defendants. | ) | |

**O R D E R**

In response to the Court's September 18, 2018 Order, (doc. no. 88), the parties filed a Joint Status Report requesting permission to file their revised papers concerning the request for preliminary approval of class settlement and certification of settlement class by Tuesday, September 25, 2018. (Doc. no. 89.) The Court approves that request and directs the parties to file their revised submission on the record by September 25, 2018.

SO ORDERED this 21st day of September, 2018, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA