IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| Stephen Agnone, et al | ) |
| Plaintiff | ) |
| vs. | ) CASE NUMBER: CV214-24 |
| Camden County, GA, et al | ) |
| Defendant | ) |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Lexon Insurance Company__ has deposited with the Court the sum of $ __7,750,000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in a non interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __24th__ day of __May__, __2019__, by Order of this Court.

SCOTT L. POFF, CLERK

By: *Walker Prescott*
Deputy Clerk

(Rev. 9/02)

```
&%RP&%D5&%RPCourt Name: Southern District of
 Georgia
Division: 4
Receipt Number: SAV035455
Cashier ID: ekerr
Transaction Date: 05/24/2019
Payer Name: LEXON INSURANCE COMPANY
--------------------------------
TREASURY REGISTRY
 For: LEXON INSURANCE COMPANY
 Case/Party: D-GAS-2-14-CV-000024-001
 Amount:         $7,750,000.00
--------------------------------
WIRE TRANSFER
 Remitter: Lexon Insurance Company
 Amt Tendered: $7,750,000.00
--------------------------------
Total Due:      $7,750,000.00
Total Tendered: $7,750,000.00
Change Amt:     $0.00
```